IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEVI WOODERTS, JR. | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 3:11-CV-0307-D |
| | § | |
| REBECCA TAMEZ, Warden, | § | |
| FCI-Fort Worth | § | |
| | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the findings and recommendation of the magistrate judge, and petitioner's objections, the court concludes that the findings and conclusions are correct and are therefore adopted.

Petitioner's March 23, 2011 motion requesting evidentiary hearing is denied.

<u>Petitioner is warned that sanctions will be imposed if he files another writ seeking credit on his federal sentence for time spent in state custody</u>.

**SO ORDERED**.

March 25, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE